### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

STEVE CARLOS CRUZ, #321858,     )
                                        )

      Plaintiff,              )
                                          )

vs.                                )     **CIVIL ACTION NO. 20-494-CG-B**
                                          )

JOHN BLOUGH, <u>et al</u>.,        )
                                          )

      Defendants.            )

## <u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 2, 2021 (Doc. 16) is **ADOPTED** as the opinion of this Court. It is

**ORDERED** that Plaintiff's complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim on which relief may be granted.

**DONE** and **ORDERED** this the 11th day of May, 2021.

                              /s/ Callie V. S. Granade
                              SENIOR UNITED STATES DISTRICT JUDGE