IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| STEVE CARLOS CRUZ, #321858, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 20-494-CG-B |
| | ) | |
| JOHN BLOUGH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim on which relief may be granted.

**DONE** and **ORDERED** this the 11th day of May, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE